**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NEIL L. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26 cv 01602 HEA |
| | ) | |
| NORTH MOTORS, Inc. | ) | |
| d/b/a Pappas Toyota | ) | |
| Defendant. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Self-represented Plaintiff Neil Smith filed the instant action on October 6, 2026. [ECF No. 1]. He has submitted an Application to Proceed in District Court Without Prepaying Fees or Costs. [ECF No. 2]. The court has fully reviewed the financial information provided on the Application and applied the appropriate baseline income standard. Thus, the Court will deny Plaintiff's Application. He will be required to pay the full $405 filing fee within 21 days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that Plaintiff shall pay the $405 filing fee **within 21 days of the date of this Order.**

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice.

Dated this 7th day of October, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE